1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

9 | MICHAEL F HART, DBA MICHAEL      CASE NO.: 2:24-cv-01794
HART PHOTOGRAPHY,

10

Plaintiff,                      **[proposed] ORDER**

11

v.

12

PHOENIX FINE HOMES LLC,

13

Defendant.

14

15    Before the Court is Plaintiff MICHAEL F. HART dba MICHAEL HART

16  PHOTOGRAPHY's Motion for Extension of Time for Defendant PHOENIX FINE HOMES

17  LLC to respond to Plaintiff's Complaint.  The Court, having considered the Motion and having

18  found good cause, therefore hereby ORDERS that the motion is GRANTED.  Defendant shall

19  have up to and including February 10, 2025 to respond to Plaintiff's Complaint.

20    Dated: January 7, 2025

21

22    _____
    Tana Lin
    United States District Judge

23

24

1

ORDER
2:24-CV-01794