1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

6
7

MICHAEL F HART, DBA MICHAEL HART PHOTOGRAPHY,

Case No. 2:24-cv-01794

**STIPULATED ORDER OF DISMISSAL**

8

Plaintiff,

9

vs.

10

PHOENIX FINE HOMES LLC,

Defendant.

11
12    Based on the stipulation of the parties, IT IS HEREBY ORDERED that all claims in

13    this action shall be dismissed with prejudice, without fees or costs to any party.

14    DATED this 11th day of March, 2025.

15
16

Tana Lin
United States District Judge

17
18    **IT IS SO STIPULATED:**

19    **SRIPLAW**

20    /s/ Joel B. Rothman
Joel B. Rothman, WSBA No. 57717
joel.rothman@sriplaw.com
Counsel for Plaintiff

21
22    **GILLASPY RHODE FADDIS & BENN, LLC**

23    /s/ Claire Whittal
Claire Whittal, WSBA No. 53382
cwhittal@gillaspyrhode.com
Counsel for Defendant

24
25

STIPULATED ORDER OF DISMISSAL - 1